```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
Frantz Coutard,                                             :
                                                            :
                            Plaintiff,                      :       ORDER OF DISCONTINUANCE
                                                            :
          - against -                                       :
                                                            :       1:13-cv-1177-ENV-VMS
Municipal Credit Union,                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 10 2017 ★
BROOKLYN OFFICE

VITALIANO, D.J.

The Court having been advised that this action has been settled,

Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

The Clerk is directed to close this case.

SO ORDERED.

DATED:    Brooklyn, New York
          10/10/2017

                                          /s/ USDJ ERIC N. VITALIANO
                                          _____
                                          ERIC N. VITALIANO
                                          U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANTZ COUTARD,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>MUNICIPAL CREDIT UNION,<br><br>　　　　　　　*Defendant*. | Civil Action No.: CV 13-1177 (ENV) (VMS)<br><br>(Filed Electronically) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED AND AGREED, that this matter having been amicably adjusted by all parties as to all claims and causes of action asserted herein, it be and hereby is dismissed with prejudice and without costs as to any party.

| | |
|---|---|
| LAW OFFICES OF ABDUL HASSAN<br>*Attorneys for Plaintiff Frantz Coutard.* | GORDON & REES, LLP<br>*Attorneys for Defendant Municipal Credit Union.* |
| By: /s/ Abdul Hassan　8/12/2017<br>Abdul Hassan<br>215-28 Hillside Avenue<br>Queens Village, New York 11427<br>1-718-740-1000<br>abdul@abdulhassan.com | By: /s/ Douglas E. Motzenbecker<br>Douglas E. Motzenbecker (DM-0937)<br>One Battery Park Plaza<br>New York, New York 10004<br>Phone: 1-212-269-5500<br>Fax:　　1-212-269--5505<br>dmotzenbecker@grsm.com |